| ALTER, GOLDMAN & BRESCIA, LLP | Hearing Date: February 15, 2007 |
|---|---|
| 550 MAMARONECK AVENUE | Hearing Time: 10:00 a.m. |
| SUITE 510 | |
| HARRISON, NEW YORK 10528 | |
| (914) 670-0030 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

AMY RUTH, INC.,

                Debtor.

Chapter 11
Case No. 05-19025 (brl)

------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER FIRST AND FINAL APPLICATION OF ALTER, GOLDMAN & BRESCIA, LLP, AS ATTORNEYS FOR DEBTOR, FOR ALLOWANCES OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES</u>

**PLEASE TAKE NOTICE** that upon the application of the professionals listed below rendering services with respect to Amy Ruth, Inc. ("Debtor"), the above captioned Debtor, a hearing shall be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 623, on the 15th day of February, 2007 at 10:00 a.m. (the "Hearing Date"), or as soon thereafter as counsel can be heard, to consider the First and Final Fee Application for allowances of compensation and reimbursement of expenses, pursuant to sections 503(b), 330 and 331 of the Bankruptcy Code (the "Application") of the following professionals retained herein:

| <u>Applicant/Nature of Representation</u> | <u>Compensation</u> |
|---|---|
| Alter, Goldman & Brescia, LLP | Fees: $63,311.50 |
| Counsel for Debtor in Possession | Expenses: $3,010.29 |
| Period: September 28, 2005 through February 15, 2007 | |

1

**PLEASE TAKE FURTHER NOTICE** that the Application has been or will be filed at the office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Courts website www.nysb.uscourts.gov/ (a PACER password and login are required) or may be obtained by contacting the Applicant in writing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, shall be made in writing, filed with the United States Bankruptcy Court for the Southern District of New York, with a copy delivered directly to the Chambers of Honorable Burton R. Lifland and served upon (i) Alter, Goldman & Brescia, LLP, 550 Mamaroneck Avenue, Suite 510, Harrison, New York 10528, Attn: Bruce R. Alter, Esq. and (ii) The Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Hollie Elkins, Esq., so as to be received at least three (3) business days prior to the Hearing Date.

Dated: Harrison, New York
      January 16, 2007      ALTER, GOLDMAN & BRESCIA, LLP
                                     Counsel for Debtor, Amy Ruth, Inc.

                                       By: **/s/ Dana P. Brescia**
                                            DANA P. BRESCIA (DB 0501)
                                            550 Mamaroneck Avenue, Suite 510
                                            Harrison, New York 10528
                                            (914) 670-0030

TO:   Debtor
        All Creditors and Parties in Interest
        United States Trustee
        All Parties Filing Notices of Appearance